**Order filed May 19, 2015**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00349-CV
### IN THE INTEREST OF T.E.A., A CHILD

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2011-23159**

## O R D E R

The notice of appeal in this case was filed April 13, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **June 3, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM